IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                    *
                                          *
NAHID AHMADPOUR                     *  Case No. 18-11248-WIL
                                          *  Chapter 7
    Debtor                                *
                                          *

**************************************************************************

RESIGNATION OF TRUSTEE

The undersigned, Chapter 7 Trustee has determined that circumstances exist which require him to resign as Trustee.   The Trustee was contacted by the Debtor to represent her prior to the filing of her case on January 30, 2018.   Accordingly, the undersigned respectfully resigns as Trustee in the above-referenced case.

Dated: 2/1/2018

                                        Respectfully submitted,


                                        /s/ Michael G. Wolff
                                        Michael G. Wolff, Chapter 7 Trustee
                                        15245 Shady Grove Road
                                        Suite 465, North Lobby
                                        Rockville, MD 20850
                                        (301) 250-7232
                                        Email: trustee@wolawgroup.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Resignation of Trustee will be served electronically by the Court's CM/ECF system on the following:

Office of the United States Trustee
Kevin Judd

I HEREBY FURTHER CERTIFY that on this 1st day of February 2018, a copy of the foregoing Resignation of Trustee was also mailed first class mail, postage prepaid to:

Nahid Ahmadpour
14316 Kings Crossing Blvd
Boyds, MD 20841

/s/ Michael G. Wolff
Michael G. Wolff, Chapter 7 Trustee
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850
(301) 250-7232
Email: trustee@wolawgroup.com