United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 18-11248-WIL
Nahid Ahmadpour                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0        User: jjohnson        Page 1 of 1        Date Rcvd: Feb 02, 2018
                           Form ID: 309A          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db            +Nahid Ahmadpour,    14316 Kings Crossing Blvd,    Boyds, MD 20841-4322
30459939      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
30459927      +Integrated Dermatology,    c/o Choice Recovery,    1550 Old Henderson Rd., Ste 100,
               Columbus, OH 43220-3626
30459928      +LVNV Funding LLC,    c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
30459929      +Nationwide Registry & Security,    c/o Oconnor & Vaughn LLC,    11490 Commerce Park Dr, Ste 510,
               Reston, VA 20191-1574
30459930      +Neurology Center,    c/o American Collections,    PO Box 30096,    Alexandria, VA 22310-8096
30459938      +Taxing Authority of Montgomery County,    Division of Treasury,    255 Rockville Pike, Ste.  L-15,
               Rockville, MD 20850-4188
30459932      +The Duff Law Firm,    11320 Random Hill Rd,    Fairfax, VA 22030-6001
30459934      +Youri Beitdashtoo,    4054 41st St., N,    Mc Lean, VA 22101-5805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bkadmin@juddlawfirm.com Feb 02 2018 19:58:33      Kevin D. Judd,
               601 Pennsylvania Ave., N.W.,    Suite 900-South Bldg.,    Washington, DC  20004
tr            +EDI: QLJMARGULIES.COM Feb 02 2018 19:48:00      Laura J. Margulies,
               Laura Margulies Trustee, PC,    6205 Executive Blvd.,    Rockville, MD 20852-3906
cr            +EDI: RMSC.COM Feb 02 2018 19:48:00      Synchrony Bank,    c/o PRA Receivables,    Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
30459940      +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Feb 02 2018 20:00:17
               State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2225
30459931      +E-mail/Text: bankruptcymortgage@suntrust.com Feb 02 2018 19:59:06      Suntrust,    PO Box 305053,
               Nashville, TN 37230-5053
30459933      +EDI: WFFC.COM Feb 02 2018 19:48:00      Wells Fargo,    PO Bxo 14411,    Des Moines, IA 50306-3411
                                                                                          TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
            Kevin D. Judd    bkadmin@juddlawfirm.com,  juddecf@gmail.com
            Laura J. Margulies    trustee@law-margulies.com,  lmargulies@ecf.epiqsystems.com
            Michael G. Wolff    trustee@wolawgroup.com,  mwolff@ecf.epiqsystems.com,dgodfrey@wolawgroup.com
                                                                                          TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nahid Ahmadpour** | | Social Security number or ITIN   **xxx–xx–5184** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | | Date case filed for chapter  **7   1/30/18** |
| Case number:   **18–11248 WIL**   Chapter:  **7** | | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Nahid Ahmadpour | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 14316 Kings Crossing Blvd Boyds, MD 20841 | | |
| 4. | **Debtor's attorney** Name and address | Kevin D. Judd 601 Pennsylvania Ave., N.W. Suite 900–South Bldg. Washington, DC 20004 | | Contact phone (202) 483–6070 Email: bkadmin@juddlawfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Laura J. Margulies Laura Margulies Trustee, PC 6205 Executive Blvd. Rockville, MD 20852 | | Contact phone (301) 816–1600 Email: **None** |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **1**

Debtor **Nahid Ahmadpour**                                                                Case number **18–11248**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Visit http://www.mdb.uscourts.gov for court hours<br><br>Contact phone (301) 344–8018<br><br>Date: 2/2/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 28, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/30/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticingor DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. | |