UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| NAHID AHMADPOUR ) | |
| ) | Case No. 18-11248 |
| ) | Chapter 7 |
| ) | |
| _____ ) | |

## NOTICE OF EMERGENCY MOTION TO LIFT STAY AND FOR FEES AND FOR HEARING THEREON

Nationwide Registry & Security, Ltd., by counsel, has filed papers with the court seeking to lift the automatic stay in this matter.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer. [If you do not have a lawyer, you may wish to consult one.]

The hearing is scheduled for **February 8, 2018 at 10:00 a.m.**, in Courtroom 3C, United States Bankruptcy Court, Greenbelt Division, Federal Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770.

If you or your lawyer do not take these steps by the deadline, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduling hearing date.

**Nationwide Registry & Security, Ltd.**
*By Counsel*

-2-

**O'CONNOR & VAUGHN LLC**
Robert L. Vaughn, Jr., VSB # 20633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com

By    /s/ Robert L. Vaughn, Jr.
         Robert L. Vaughn, Jr.
         *Counsel for NRS*

**LAW OFFICES OF LEWIS AND ASSOCIATES, PC**
6066 Leesburg Pike, Fourth Floor
Falls Church, VA 22041
(703) 912-3100

By    /s/ Fitzgerald Lewis
         Fitzgerald Lewis
         *Co-counsel for Plaintiff*


<u>Certificate of Service</u>

  I hereby certify that on February 6, 2018, I caused the foregoing Notice to be served on the U.S. Trustee, the Chapter 7 Trustee (if one has been appointed), and Debtor's counsel by CM/ECF.

                /s/ Robert L. Vaughn, Jr.
                Robert L. Vaughn, Jr.