**DENIED**

THE DEBTOR AND THE CHAPTER 7 TRUSTEE NEED SUFFICIENT TIME TO RESPOND TO THE MOTION FOR RELIEF FROM STAY.



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **NAHID AHMADPOUR** | ) |
| | ) Case No. 18-11248 |
| | ) Chapter 7 |
| | ) |
| _____ | ) |

## ORDER SHORTENING TIME
## FOR HEARING ON EMERGENCY MOTION FOR LIFT STAY

Upon consideration of the Application filed herein by Nationwide Registry & Security, Ltd, ("NRS"), to shorten the time for hearing on its Emergency Motion for Lift Stay; it is,

**ORDERED** that the Application is Granted; NRS shall forthwith give notice to the Debtor, the U.S. Trustee, the Interim Trustee, all other interested creditors that a hearing will be conducted on its Emergency Motion for Lift Stay on **February 8, 2018 at 10:00 a.m.**

Dated: _____, 2018.

Copies to:

Kevin D. Judd, via CM/ECF
Michael G. Wolff, via CM/ECF
Fitzgerald Lewis, via CM/ECF

**End of Order**