IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | | |
| NAHID AHMADPOUR | * | Case No: 18-11248 WIL |
|  | * | Chapter 7 |
|     Debtor. | * | |
| | * | |
| NATIONWIDE REGISTRY & | * | |
| SECURITY, LTD. | * | |
| C/O O'CONNOR & VAUGHN LLC | * | |
| 11490 COMMERCE PARK DR., STE 510 | * | |
| RESTON, VA 20191 | * | |
|     Movant, | * | |
| v. | * | |
| NAHID AHMADPOUR | * | |
|     Debtor | * | |
| | * | |
| Laura J. Margulies, Trustee | * | |
|     Respondents. | * | |
| | * | |

**ANSWER TO THE AMENDED MOTION FOR RELIEF FROM STAY**

COMES NOW Laura J. Margulies, Trustee, and hereby submits this Answer to the Amended Motion for Relief from Stay (the "Amended Motion") filed by Nationwide Registry & Security, Ltd. ("Movant"), and respectfully represents as follows:

1.    The Trustee does not oppose Movant's request for relief.

WHEREFORE, the Respondent respectfully requests that this Court grant the Movant's Amended Motion to Lift the Stay; and grant such other and further relief as the cause may require.

Dated:  February 20, 2018               Respectfully submitted,

                                        /s/Laura J. Margulies
                                        Laura J. Margulies, (#06585)
                                        6205 Executive Blvd.
                                        Rockville, Maryland 20852
                                        (301) 816-1600
                                        trustee@law-margulies.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on February 20, 2018, a copy of the foregoing Answer To The Amended Motion For Relief From Stay was served electronically via CM/ECF to:

Robert L. Vaughn, Jr., Esq.
rvaughn@oconnorandvaughn.com
*Attorney for Movant*

Synchrony Bank
c/o PRA Receivables Management
claims@recoverycrop.com

Kevin D. Judd, Esq.
bkadmin@juddlawfirm.com
*Attorney for Debtor*

   And on February 20, 2018, was served by first class mail, postage prepaid to:

Nahid Ahmadpour
14316 Kings Crossing Blvd
Boyds, MD  20841

Fitzgerald Lewis, Esq.
6066 Leesburg Pike, 4TH Floor
Falls Church, VA 22041
*Co-counsel for Movant*

                                        /s/Laura J. Margulies
                                        Laura J. Margulies