**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **NAHID AHMADPOUR** | ) |
| | )  **Case No. 18-11248** |
| | )  **Chapter 7** |
| | ) |
| _____ | ) |

**CREDITOR, NATIONWIDE REGISTRY & SECURITY LTD.'S OBJECTION TO**
**DEBTOR'S CLAIM OF EXEMPTIONS**

Pursuant to the provisions of Federal Rule of Bankruptcy Procedure 4003 and Local Bankruptcy Rule 4003-1, Creditor, Nationwide Registry & Security Ltd. ("NRS"), by and through its attorneys, respectfully files this Objection to Debtor , Nahid Ahmadpour's Claim of Exemptions (the "Objection").  The Objection is based upon the following Memorandum of Points and Authorities, and any argument or testimony the Court may entertain.

Required Notice: Any opposition to the Objection must be filed and served within twenty-eight (28) days after this Objection is served.  The Court may rule upon the Objection and any response thereto without a hearing.

Respectfully submitted,

/s/ Fitzgerald Lewis
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com

**<u>Certificate of Service</u>**

I hereby certify that on March 13, 2018, I caused the foregoing Motion to be served on the U.S. Trustee, the Chapter 7 Trustee, and Debtor's counsel, and other creditors/parties in interest by CM/ECF.

/s/ Robert L. Vaughn, Jr
Robert L. Vaughn, Jr.