____RETAIN ✓

_____

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y **N**
                                                   Exhibits Filed: **Y** N

PROCEEDING MEMO - CHAPTER 7

CASE: 18-11248 **Nahid Ahmadpour** ✓            Date: 03/22/2018 Time: 10:00

(Jon Dennis Pels) and Kevin D. Judd representing Nahid Ahmadpour (Debtor)

representing Laura J. Margulies Laura J. Margulies (Trustee) ✓

[33] Response on behalf of Laura J. Margulies Filed by Laura J. Margulies (related document(s) 18 Emergency Motion to Lift Stay filed by Creditor Nationwide Registry & Security Ltd. Modified on 2/22/2018 (Devine, Ellen).

*[handwritten: Robert Vaughn for nationwide Registry & Security]*

[49] Opposition on behalf of Nahid Ahmadpour Filed by Jon Dennis Pels (related document(s) 6 Exhibit 6 - Doc. 176. Order Granting Reopen and Partial Award for Sanctions)

**MOVANT** : Nahid Ahmadpour BY K Judd J Pels

[18] Emergency Motion to Lift Stay Filed by Nationwide Registry & Security Ltd.

**MOVANT** : Nationwide Registry & Security Ltd BY F Lewis

DISPOSITIONS: ✓ *[handwritten: in part, granted provided that the Chpt 7 enters an approval of Jens in the state ct. fraud. conv. case]*

Granted ✓   Denied____  Withdrawn____  Consent____  Default____  Under Adv.____

Moot_____  Dismissed____  Overruled____  Sustained____  O.T.J. Fee____

Continued to: _____

DECISION: .

[ ] Signed by Court              [ ] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel         [ ] Court
    [ ] Respondent's counsel     [ ] Other _____

NOTES:

# Exhibit List

Case No. 18-11248   Date 3/22   Debtors Ahmadpour

| No. | Offer By | Document | Admitted |
|-----|----------|----------|----------|
| 1 | Mov. | Order from Fairfax County Circuit Court | ✓ |
| 2 | " " | Doc. #46 in case # 11-17929 | ✓ |
| 3 | " " | Partial transcript from hearing held on 8/12/09 in Fairfax County Circuit Court | ✓ |