✓ ___ RETAIN (w)

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 7

*Status Hearing*

CASE: 18-11248 Nahid Ahmadpour

*Alvaro Llosa*

Date: 05/30/2018 Time: 10:00

~~Jon Dennis Pels~~ and (Kevin D. Judd) *by telephone* representing Nahid Ahmadpour (Debtor)

representing (Laura J. Margulies) Laura J. Margulies (Trustee)

[44] Objection to Debtor's Claim of Exemptions on behalf of Nationwide Registry & Security Ltd. Notice Served on 3/13/2018, Filed by Fitzgerald Lewis. Responses due by 4/10/2018.

MOVANT : Nationwide Registry & Security Ltd BY F Lewis

[50] Objection to Debtor's Claim of Exemptions on behalf of Laura J. Margulies. Notice Served on 3/16/2018, Filed by Laura J. Margulies. Responses due by 4/16/2018. (Attachments: #s2 Proposed Order) (Margulies, Laura) Modified on 3/20/2018 (Devine, Ellen).

MOVANT : Laura Margulies BY L Margulies

[62] Opposition on behalf of Nahid Ahmadpour Filed by Kevin D. Judd (related document(s) 44 Objection to Debtor's Claim of Exemptions filed by Creditor Nationwide Registry & Security Ltd).

MOVANT : Nahid Ahmadpour BY K Judd J Pels

[63] Opposition on behalf of Nahid Ahmadpour Filed by Kevin D. Judd (related document(s) 50 Objection to Debtor's Claim of Exemptions filed by Trustee Laura J. Margulies).

MOVANT : Nahid Ahmadpour BY K Judd J Pels

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot____ Dismissed____ Overruled____ Sustained____ O.T.J. Fee____

Continued to: *for status* 8/20/18 @ 10 Am

DECISION: *To track w/ state ct action if T enters an appearance & stay is lifted*

[ ] Signed by Court         [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court