

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–11248 – WIL**    Chapter: **7**

**Nahid Ahmadpour**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Robert L. Vaughn, Jr., as counsel for Nationwide Registry & Security Ltd. , and his statements in support thereof, and upon the recommendation of Fitzgerald Lewis, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Robert L. Vaughn, Jr. must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training–and–registration.

cc:    Debtor
       Attorney for Debtor – Kevin D. Judd
       Movant – Robert L. Vaughn, Jr
       Local Counsel – Fitzgerad Lewis
       Case Trustee – Laura J. Margulies
       U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) – edevine