United States Bankruptcy Court
District of Maryland

In re:                                                         Case No. 18-11248-WIL
Nahid Ahmadpour                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: mrybczyns       Page 1 of 2        Date Rcvd: Sep 18, 2019
                             Form ID: 318           Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db          +Nahid Ahmadpour,   14316 Kings Crossing Blvd,   Boyds, MD 20841-4322
cr          +Nationwide Registry & Security Ltd,   c/oFitzgerald Lewis, Esq.,   c/o Robert L. Vaughn, Jr.,
             11490 Commerce Park Drive,   Suite 510,   Reston, VA 20191-1574
sp          +Robert L. Vaughn, Jr.,   11490 Commerce Park Drive,   Suite 510,   Reston, VA 20191-1574
30631473    +Adam T. Kronfeld,   Duff & Kronfeld, P.C.,   Suite 630,   11320 Random Hills Rd,
             Fairfax, VA 22030-6001
30525204    +Ben Manesh DDS,   6831 Wisconsin Avenue,   Chevy Chase, MD 20815-6122
30525208    +Charles A. Butler, D.D.S.,   3801 Fairfax Drive, Suite 70,   Arlington, VA 22203-1762
30459939    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
             Baltimore, MD 21201-2305
30525210    +Georgetown Univ. Hosp Phys,   c/o Van Ru Credit Corp,   PO Box 1259,   Oaks, PA 19456-1259
30525211    +HSBC Bank,   c/o Porfolio Recoveries & Assoc,   140 Corporate Blvd,   Norfolk, VA 23502-4952
30525212     Integrated Dermatology of K Street,   2141 K Street, NE,   Suite 307,
             Washington, DC 20037-1873
30459928    +LVNV Funding LLC,   c/o Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
30459929    +Nationwide Registry & Security,   c/o Oconnor & Vaughn LLC,   11490 Commerce Park Dr, Ste 510,
             Reston, VA 20191-1574
30459930    +Neurology Center,   c/o American Collections,   PO Box 30096,   Alexandria, VA 22310-8096
30459938    +Taxing Authority of Montgomery County,   Division of Treasury,   255 Rockville Pike, Ste.  L-15,
             Rockville, MD 20850-4188
30459932    +The Duff Law Firm,   11320 Random Hill Rd,   Fairfax, VA 22030-6001
30525215    +Virginia Hospital Center-Arlington,   c/o Nationwide Credit Corp,   PO Box 1022,
             Wixom, MI 48393-1022
30525216    +Washington Radiology Assoc,   c/o Suburban Credit Corp,   PO Box 30640,
             Alexandria, VA 22310-8640
30459934    +Youri Beitdashtoo,   4054 41st St., N,   Mc Lean, VA 22101-5805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLJMARGULIES.COM Sep 19 2019 00:28:00     Laura J. Margulies,
             Laura Margulies Trustee, PC,   6205 Executive Blvd.,   Rockville, MD 20852-3906
cr          +EDI: RMSC.COM Sep 19 2019 00:28:00     Synchrony Bank,   c/o PRA Receivables,   Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
30525205    +EDI: CAPITALONE.COM Sep 19 2019 00:28:00     Capital One,   c/o Weinstein & Riley,
             PO Box 85167,   Richmond, VA 23285-5167
30525206    +EDI: CITICORP.COM Sep 19 2019 00:28:00     Citibank,   PO Box 6500,
             Sioux Falls, SD 57117-6500
30525207    +EDI: RCSFNBMARIN.COM Sep 19 2019 00:28:00     Credit One Bank,   PO Box 98873,
             Las Vegas, NV 89193-8873
30459927    +E-mail/Text: bankrupt@choicerecovery.com Sep 18 2019 20:39:50     Integrated Dermatology,
             c/o Choice Recovery,   1550 Old Henderson Rd., Ste 100,   Columbus, OH 43220-3626
30691057     EDI: RESURGENT.COM Sep 19 2019 00:28:00     LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
30525214    +EDI: RESURGENT.COM Sep 19 2019 00:28:00     Resurgent Capital Services LP,   PO Box 10497,
             Greenville, SC 29603-0497
30459940    +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Sep 18 2019 20:42:15
             State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
             Baltimore, MD 21201-2225
30459931    +E-mail/Text: bankruptcymortgage@suntrust.com Sep 18 2019 20:41:33     Suntrust,   PO Box 305053,
             Nashville, TN 37230-5053
30525217    +E-mail/Text: bncmail@w-legal.com Sep 18 2019 20:41:46     Weinstein & Riley,
             2001 Western Ave., #400,   Seattle, WA 98121-3132
30459933    +EDI: WFFC.COM Sep 19 2019 00:28:00     Wells Fargo,   PO Bxo 14411,   Des Moines, IA 50306-3411
                                                                                         TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30525209     First National Collections Bureau, Inc,   INVALID ADDRESS PROVIDED
30525213     Neurology Services,   2616 Sherwood Hall LN 201,   VA 22396-3154
aty*        +Laura J. Margulies,   Laura Margulies Trustee, PC,   6205 Executive Blvd.,
             Rockville, MD 20852-3906
                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0416-0        User: mrybczyns       Page 2 of 2          Date Rcvd: Sep 18, 2019
                            Form ID: 318          Total Noticed: 30
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
          Fitzgerald Lewis    flewis@lewisatlaw.com
          Jon Dennis Pels    jpels@pallaw.com,  elougheed@pallaw.com,allosa@pelslaw.com
          Kevin D. Judd    bkadmin@juddlawfirm.com,  juddecf@gmail.com
          Laura J. Margulies    trustee@law-margulies.com,  lmargulies@ecf.axosfs.com
          Lynn A. Kohen    lynn.a.kohen@usdoj.gov
          Robert L. Vaughn    rvaughn@oconnorandvaughn.com
          Robert Lee Vaughn    rvaughn@oconnorandvaughn.com
                                                                    TOTAL: 7
```

Entered: September 18, 2019
Signed:  September 18, 2019

## SO ORDERED



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nahid Ahmadpour** | Social Security number or ITIN   **xxx–xx–5184** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:  **18–11248 WIL**   Chapter:  **7**

## Order of Discharge
**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nahid Ahmadpour

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---