# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Case No. 18-11248** |
| ) | **Chapter 7** |
| ) | |
| _____ ) | |

## LINE

Will the Court please note that Creditor, Nationwide Registry & Security Ltd. withdraws the Proof of Claim that appears in the Claims Register as Claim No. 5-1; it was intended to be filed as an amendment to the Proof of Claim that was filed as Claim No. 4-1; the Amended Proof of Claim has now been filed and is identified as Claim No. 4-2 in the Claims Register.

                                                          Respectfully submitted,
                                                          **Nationwide Registry & Security Ltd.**
                                                          *By Counsel*

**O'CONNOR & VAUGHN LLC**
Robert L. Vaughn, Jr., VSB # 20633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com

By   /s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr.
*Counsel for NRS*

**LAW OFFICES OF LEWIS AND ASSOCIATES, P.C.**
Fitzgerald Lewis, Md. Bar No. 16912
6066 Leesburg Pike, Fouth Floor
Falls Church, VA 22041
(703) 912-3100 Telephone

By   /s/ Fitzgerald Lewis
     Fitzgerald Lewis

**Certificate of Service**

     I HEREBY CERTIFY that on March 4, 2020, a copy of the foregoing Line was served via the Court's CM/ECF system to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Jon D. Pels
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814

Kevin D. Judd
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C. 20004

Synchrony Bank
c/o PRA Receivables Management
claims@recoverycrop.com

Nahid Ahmadpour
14316 Kings Crossing Blvd
Boyds, MD 20841

Adam Kronfeld
11320 Random Hills Rd #630
Fairfax, VA 22030

                                            /s/ Robert L. Vaughn, Jr
                                            Robert L. Vaughn, Jr.