UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Nahid Ahmadpour | § § | Case No. 18-11248 |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/30/2018. The undersigned trustee was appointed on 01/30/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   200,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 200,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 08/28/2018 and the deadline for filing governmental claims was 08/28/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $13,250.00, for a total compensation of $13,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $29.32, for total expenses of $29.32[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2020        By: /s/Laura J. Margulies
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-11248 | LSS | Judge: | Lori S. Simpson | Trustee Name: | Laura J. Margulies |
| Case Name: | Nahid Ahmadpour | | | | Date Filed (f) or Converted (c): | 01/30/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/28/2018 |
| For Period Ending: | 03/05/2020 | | | | Claims Bar Date: | 08/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4054 41St Street North Mc Lean Va 22101-0000 Fairfax | 1,103,747.00 | 421,464.61 | | 0.00 | FA |
| 2. Living Room - Couch, Chair = $150.00; Kitchen - Misc Cooking Utensils = $50.00; Family Room - (2) Lamps = $20.00; Bedrooms - Bed = $150.00 | 370.00 | 0.00 | | 0.00 | FA |
| 3. Tv | 50.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Band | 350.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 7. Wells Fargo | 60.00 | 0.00 | | 0.00 | FA |
| 8. Cosmotology Tools | 100.00 | 0.00 | | 0.00 | FA |
| 9. Unscheduled settlement amount due from refinance of the house (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,104,997.00   $621,464.61   $200,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

2/11/20 - Received and deposited funds from settlement.

Exhibit A

11/11/19- Order entered approving settlement, waiting for funds from settlement.

8/5/19- Motion to approve settlement filed 7/16/19. $200,000 to estate by 2/10/20 or a contract to purchase house by 2/10/20 and settlement by 3/25/20 which provides for payment of $200,000 to estate.

6/27/2019- Trial in VA resulted in settlement. Debtor to pay estate $200,000 in next 9 months, funds are to come from sale of house, which is to occur within the next 7.5 months. Consent order to be entered regarding discharge, fraudulent conveyance of house to husband, so that debtor is the sole owner.

5/6/19- Hearing on exemptions scheduled for August 5, 2019; hearing on adv pro scheduled for June 19, 2019.

2/28/19 - Trial in state court set for June 25, 2019.

12/19/18 - Status hearing held today and continued to May 2019.

10/26/18- Vaughn employed, stay lifted, Vaughn proceeding in state court, defendant moved for state court claim to be removed to federal court, Vaughn filed opposition.

8/23/18 - Order authorizing employment of R. Vaughn entered.

8/22/18 - Status hearing scheduled for Dec. 19 at 2pm.

7/17/18 - Hearing on Aug. 20, 2018 to determine if Vaughn may be employed.

6/01/18 - Filed Application to employ R. Vaughn, Esq.; Filed Trustee's 2nd amended answer to Amended Motion for Relief from Stay.

5/30/18 - Attended status hearing; Filed Designation as asset case - real property.

3/28/18 - Filed Amended Trustee response to NRS Motion to Lift Stay.

3/16/18 - Filed Objection to Debtor's claim of exemptions.

3/8/18- VA litigation atty filed motion for relief from stay to avoid transfer, if successful, I can sell real property, hearing scheduled for 3.19.18.

2/20/18 - Filed Trustee response to NRS Motion to Lift Stay.


Initial Projected Date of Final Report (TFR): 10/20/2020        Current Projected Date of Final Report (TFR): 04/07/2020

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-11248 | Trustee Name: | Laura J. Margulies |
|---|---|---|---|
| Case Name: | Nahid Ahmadpour | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0540 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9374 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 03/05/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/20 | 9 | RGS Title, LLC<br>On behalf of Nahid Ahmadpour<br>4600 Lee Highway, Suite 110<br>Arlington, VA 22207 | Settlement payment | 1249-000 | $200,000.00 | | $200,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:            $200,000.00        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0540 - Checking | $200,000.00 | $0.00 | $200,000.00 |
| | $200,000.00 | $0.00 | $200,000.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $200,000.00 |
| Total Gross Receipts: | $200,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-11248  
Debtor Name: Nahid Ahmadpour  
Claims Bar Date: 8/28/2018  

Date: March 5, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Laura J. Margulies<br>LAURA MARGULIES TRUSTEE, PC<br>6205 EXECUTIVE BLVD.,<br>ROCKVILLE, MD  20852 | Administrative | Allow | $0.00 | $13,250.00 | $13,250.00 |
| 100 2200 | Laura J. Margulies<br>LAURA MARGULIES TRUSTEE, PC<br>6205 EXECUTIVE BLVD.,<br>ROCKVILLE, MD  20852 | Administrative | | $0.00 | $29.32 | $29.32 |
| 100 3210 | Robert L. Vaughn, Jr.<br>O'Connor & Vaughn LLC<br>11490 Commerce Park Dr, Ste510<br>Reston, VA 20191 | Administrative | Allow. | $0.00 | $43,875.00 | $43,875.00 |
| 100 3220 | Robert L. Vaughn, Jr.<br>11490 Commerce Park Dr., Ste 510<br>Reston, VA 20191 | Administrative | Allow. | $0.00 | $772.50 | $772.50 |
| 1 300 7100 | The Duff Law Firm<br>11320 Random Hill Rd<br>Fairfax, Va 22030 | Unsecured | Allow | $0.00 | $17,953.59 | $17,953.59 |
| 2 300 7100 | Charles A. Butler, D.D.S.<br>3801 Fairfax Drive, Suite 70<br>Arlington, Va 22203 | Unsecured | Allow | $0.00 | $299.00 | $299.00 |
| 3 300 7100 | LVNV Funding, LLC<br>Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured | Allow | $0.00 | $1,863.44 | $1,863.44 |
| 4 300 7100 | Nationwide Registry & Security<br>C/O Oconnor & Vaughn Llc<br>11490 Commerce Park Dr, Ste 510<br>Reston, Va 20191 | Unsecured | Allow | $0.00 | $216,396.11 | $216,396.11 |
| | Case Totals | | | $0.00 | $294,438.96 | $294,438.96 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1     Printed: March 5, 2020

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-11248
Case Name: Nahid Ahmadpour
Trustee Name: Laura J. Margulies

Balance on hand $ 200,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Laura J. Margulies | $ 13,250.00 | $ 0.00 | $ 13,250.00 |
| Trustee Expenses: Laura J. Margulies | $ 29.32 | $ 0.00 | $ 29.32 |
| Attorney for Trustee Fees: Robert L. Vaughn, Jr. | $ 43,875.00 | $ 0.00 | $ 43,875.00 |
| Other: Robert L. Vaughn, Jr. | $ 772.50 | $ 0.00 | $ 772.50 |

Total to be paid for chapter 7 administrative expenses $ 57,926.82

Remaining Balance $ 142,073.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $236,512.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The Duff Law Firm | $ 17,953.59 | $ 0.00 | $ 10,784.75 |
| 2 | Charles A. Butler, D.D.S. | $ 299.00 | $ 0.00 | $ 179.61 |
| 3 | LVNV Funding, LLC | $ 1,863.44 | $ 0.00 | $ 1,119.37 |
| 4 | Nationwide Registry & Security | $ 216,396.11 | $ 0.00 | $ 129,989.45 |

Total to be paid to timely general unsecured creditors        $        142,073.18

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE