IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

NAHID AHMADPOUR        *     Case No.: 18-11248 LSS
                                               *     Chapter 7
    Debtor(s)                       *
*   *   *   *   *   *   *   *   *   *   *   *   *

**TRUSTEE'S APPLICATION TO DESTROY BOOKS AND RECORDS**

The undersigned trustee alleges and requests as follows:

1. The Trustee has fully administered said case.

2. As part of the Trustee's Final Report and Proposed Distribution, the Debtor and parties in interest were informed of the Trustee's intent to abandon property of the estate consisting of the books and records presently in the possession of the trustee.

3. That notice advised all parties that the Trustee would move this Court for an order authorizing destruction of those books and records if said documents were not claimed by any party after abandonment.

4. The Debtor has not timely requested the return of the books and records.

5. No party in interest obtained an order of this Court directing the turnover of said books and records to that party.

WHEREFORE, the Trustee requests on order authorizing destruction of books and records.

Dated: March 31, 2020                                /s/ Laura J. Margulies
                                                                                  Laura J. Margulies, Trustee